BARNEY KLEIMAN, Respondent, v. CLEAN WASH PAINT & VARNISH REMOVER Co., INC., and Another, Appellants.— Judgment and order affirmed, with costs. All concur, except Crouch, J., who dissents and votes for reversal on the facts, on the ground that the finding of intent or scienter is against the weight of the evidence. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CHARLES SWARTZLANDER, Respondent, v. AUGUSTUS SEAMAN, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GEORGE W. RYAN, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NORBERT J. BATT and Another, Appellants, Respondents, v. THE VILLAGE OF WILSON and Others, Respondents, Appellants.— Judgment affirmed, with costs. To enable the defendant without prejudice, if so advised, to take proceedings to acquire the right to construct and maintain a sewer and sewage disposal plant upon and across plaintiffs' property, the operation of the injunctive provision of the judgment is suspended six months from the time of entry and notice of the judgment upon the decision herein. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

PERNETTE VAN SWALL, Respondent, v. FRANK J. JONES, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HENRY COTTRELL, as Administrator, etc., of ANNA M. COTTRELL, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall within ten days stipulate to reduce the verdict to the sum of $6,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ARTHUR V. LAWLER, as Executor, etc., Respondent, v. CARL E. TUCKER and Others, Appellants, Impleaded with DEVEREAUX SCHOOK, Defendant.— Motion to adjourn the argument of the appeal in this court until January, 1926, term of this court granted upon condition that the appellants shall within ten days increase the bond already given herein to the sum of $7,000. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CHARLES McVICAR, Appellant, v. EVELYN WILDES, Respondent.— Motion to dismiss appeal granted, without costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

DORA HOEGER and Others, Respondents, v. GEORGE DORSCHEID and Another, Appellants.— Motion to dismiss appeal granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CORNELIA W. BUELL, Respondent, v. WILLIAM H. WEBSTER, Appellant.— Motion to dismiss appeal granted, with costs, including ten dollars costs of this motion. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.